UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 2:11-cr-_82_ |
| | ) Judge _Greer_ |
| NICK SMITH, ARMIDA J. DI SANTI, | ) |
| MARK C. SAWYER, ERIC M. | ) |
| GRUENBERG, and MILTO DI SANTI, | ) |
| Defendants. | ) |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby respectfully requests that the returned Indictment, this Motion to Seal and the Sealing Order be sealed. Failure to seal these documents could impede the arrest of the defendant.

Respectfully submitted this 13th day of September, 2011.

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: _/s/ Matthew T. Morris_
Matthew T. Morris
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167